## United States District Court
## for the
## Southern District of Mississippi
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Timothy D. Willis                Case Number: 4:05cr39TSL-JCS -001

Name of Sentencing Judicial Officer:    Honorable Tom S. Lee, Senior  U.S. District Judge

Date of Original Sentence:         May 19, 2006

Original Offense:    Embezzlement/ Theft from an Indian Tribal Organization,
                     18 U.S.C. § 1163

Original Sentence:        Three (3) Years Probation

Type of Supervision:   Probation            Date Probation Commenced:      05-19-2006

Asst. U.S. Attorney:   Jack B. Lacy, Jr.    Defense Attorney: Kevin Payne,
                                            Choctaw Legal Defense

### PETITIONING THE COURT

**The following information is to be released to U.S. Probation Officer, U.S. Attorney, and U. S. Marshal Service only.**

[X]  To issue a Summons

**Last address provided: 12271 Hwy 16 W, Choctaw, Mississippi 39350, Phone: 601-656-7185**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Special Condition e. | The Probationer failed to complete his Court ordered year-long treatment program at the Common Bond Association. He was terminated from the program September 18, 2006, for sexually harassing another resident. |

Reviewed and Approved,                          Respectfully submitted,

by _Mark Dudly for_                              by _James W. Fentress, II_

Marty Williams, Supervising                      James W. Fentress, II
U. S. Probation Officer                          U.S. Probation Officer
September 22, 2006                               September 22, 2006

*Prob 12C*

**Petition for Warrant or Summons for Offender Under Supervision**
**Name of Offender: Timothy D. Willis**
**Case Number: 4:05cr39TSL-JCS-001**
**Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons for a hearing to be held at __2:00__ am/(pm) on the __6th__ day of __October__, 2006 at the U. S. District Courthouse in __Jackson__, Mississippi.

[ ] Other_____

_____
Signature of Judicial Officer

__9/22/06__
Date